

# THE THIRTEENTH COURT OF APPEALS

---

## 13-20-00340-CV

---

Shamim Memon and Discovery MM Services, Inc.
v.
Carl Meisner, M.D. and Gulf Coast Medical Research, LLC

---

On Appeal from the
240th District Court of Fort Bend County, Texas
Trial Cause No. 18-DCV-249080

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be DISMISSED. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

October 28, 2020